1
2
3                                         **JS-6**
4
5
6
7
8             UNITED STATES DISTRICT COURT
9             CENTRAL DISTRICT OF CALIFORNIA
10
11  LINDA LEFAVE,              )   Case No. EDCV 11-01420 VAP
                               )   (DTBx)
12              Plaintiff,     )
                               )   **JUDGMENT**
13       v.                    )
                               )
14  CHIPOTLE MEXICAN GRILL,    )
    INC.,                      )
15                             )
                Defendant.     )
16  _____)
17
    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
18
         Pursuant to the Order filed herewith, IT IS ORDERED
19
    AND ADJUDGED that Plaintiff's Complaint is DISMISSED
20
    WITHOUT PREJUDICE.  The Court orders that such judgment
21
    be entered.
22
23
24
    Dated: April 30, 2012        _____
25                                    VIRGINIA A. PHILLIPS
                                   United States District Judge
26
27
28